UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.     **CV 15-8417-MWF(PJWx)**                                          Dated: **January 11, 2016**

Title:       Unicolors, Inc. -v- K TOO, Inc., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                            None Present
    Relief Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                           None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

    In light of the Notice of Settlement filed January 8, 2016, and pursuant to the parties' request for 120 days to file a dismissal, the Court sets a hearing on Order To Show Cause Re Dismissal for **May 23, 2016 at 11:30 a.m.** If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed. **Additionally, the parties are ordered to file a Status Report on the progress of the settlement no later than March 21, 2016.** *All other dates are hereby vacated.*

    IT IS SO ORDERED.

MINUTES FORM 90                                            Initials of Deputy Clerk   __cw__
CIVIL - GEN