UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  **CV 15-8417-MWF(PJWx)**                           Date: **April 5, 2016**

Title:      Unicolors, Inc. -*v*- K TOO, Inc., et al.

PRESENT: HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Cheryl Wynn | None Present |
| Relief Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
            None                                                                           None

PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER

   On January 11, 2016, this Court issued an Order setting a hearing on Order to Show Cause Re Dismissal, and ordering the parties to file a Status Report on the progress of the settlement no later than March 21, 2016 [15]. The Status Report has not been filed.

   Plaintiff is ordered to file the Status Report, and show cause in writing, no later than **April 12, 2016**, as to why this action should not be dismissed for failure to comply with this Court's order. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. *Failure to respond to the Order to Show Cause will result in the dismissal of this action.*

   **IT IS SO ORDERED.**

MINUTES FORM 90                                                                Initials of Deputy Clerk   cw
CIVIL - GEN