JS-6
FILED
CLERK, U.S. DISTRICT COURT
4/10/2018
CENTRAL DISTRICT OF CALIFORNIA
BY: CW DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation;<br><br>Plaintiff,<br><br>vs.<br><br>K TOO, INC., a California corporation; ROSS STORES, INC. a California corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No: 2:15-CV-08417-MWF(PJWx)<br><br>[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)<br><br>Honorable Michael W. Fitzgerald Presiding |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party.

IT IS SO ORDERED.

Dated: April 10, 2018

_____
The Honorable Michael W. Fitzgerald
United Stated District Court Judge